IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN TURNER WOODBRIDGE,<br><br>*Defendant*. | **UNDER SEAL**<br><br>Criminal No. 1:25-mj-518 |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Herlin Garcia-Cardenas, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.  I make this affidavit in support of a criminal complaint and arrest warrant for **Devin Turner Woodbridge ("WOODBRIDGE")**. Based on the information set forth in this affidavit, I submit there is probable cause to believe that on or about June 19, 2025, in Fairfax County, Virginia, **WOODBRIDGE** committed a violation of 18 U.S.C. § 922(g)(1) (felon in possession of firearm).

2.  I have been employed as a police officer with the Fairfax County Police Department ("FCPD") for over eight years and have been duly sworn as a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since June 20, 2025. I am currently assigned to the Criminal Intelligence Unit of the FCPD, and the ATF Falls Church II Field Office. As a TFO, I am a law enforcement officer as defined under 18 U.S.C. § 2510(7) (i.e., an officer of the United States of a pollical sub-division thereof, who is empowered to conduct investigations of and to make arrests for federal offenses).

3.  I have been involved in various investigations involving violations of firearm laws. I have experience investigating violations of both local and federal firearms laws. Additionally, I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, violent crime investigations, search warrant applications, and various other crimes. In my current role as a detective with the FCPD Criminal Intelligence Unit, I am responsible for investigations involving certain felony firearms offenses.

4.  The facts and information contained in this affidavit are based upon my personal knowledge of the investigation and information obtained from other law enforcement officers. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of reports, documents, and other physical evidence obtained during the course of this investigation.

5.  This affidavit contains information necessary to support probable cause and has been prepared only for the purpose of obtaining a criminal complaint and arrest warrant. Therefore, it contains neither all of the information known to me concerning the offense nor every fact learned by the government during the course of its investigation thus far.

## PROBABLE CAUSE

### *Background on WOODBRIDGE*

6.  Prior to June 19, 2025, **WOODBRIDGE** was convicted of the following offenses, each of which is punishable by a term of imprisonment exceeding one year:

    - On April 13, 2018, **WOOBRIDGE** was convicted in Fairfax County, Virginia, Circuit Court for Burglary: Breaking and Entering with the Intent to Commit a Felony and was sentenced to five years of incarceration, with four years suspended.

- On October 2, 2020, **WOODBRIDGE** was convicted in Fairfax County, Virginia, Circuit Court for Possession of a Firearm as a Convicted Felon and was sentenced to four years of incarceration, with two years suspended.

### *Background on Investigation*

7. On June 19, 2025, the FCPD responded to 3303 Southgate Drive, Apartment 303, Alexandria, Virginia, after a third-party caller reported that numerous firearm rounds had been fired at this residence during an attempted break in. Upon their arrival, a resident, later identified as **WOODBRIDGE**, told the officers that he had fired multiple rounds outside of his apartment door towards an unknown individual he believed was attempting to break into his apartment.

8. **WOODBRIDGE** stated that just prior to the shooting he believed he heard someone trying to unlock his apartment door. **WOODBRIDGE** stated that he then grabbed his Glock 45 handgun from his bedside table and went to his front door to assess if there was an intruder. **WOODBRIDGE** advised that, at first, he did not see anyone at his front door or in the nearby vicinity of the apartment building, and he began to return to his residence. Shortly after entering his apartment, **WOODBRIDGE** said he looked back outside into the stairwell and noticed an unknown individual at the front door of the apartment building wearing what appeared to be a ski mask. **WOODBRIDGE** admitted he then fired five to six rounds at the unknown individual. **WOODBRIDGE** admitted to officers he never observed any weapons on the individual during the shooting.

9. Multiple shell casings were located inside the building, the stairwell, and the front building door, which corroborated **WOODBRIDGE**'s statement. After the shooting, **WOODBRIDGE** said he reloaded his firearm magazine and secured the firearm in his bedroom

3

closet. FCPD officers canvassed the area for any injured parties as a result of the shooting but did not locate any victims.

10. FCPD detectives obtained a search warrant for **WOODBRIDGE**'s residence. During the course of the search, FCPD detectives located a 9mm Glock 45, serial number BWDP995, in **WOODBRIDGE**'s bedroom closet. In addition to the seizure, FCPD detectives located approximately 25.66 ounces of marijuana, numerous scales, packaging materials, and $4,641 in cash.

11. FCPD detectives queried the National Crime Information Center for the seized 9mm Glock 45, serial number BWDP995, from **WOODBRIDGE**'s bedroom closet. The firearm was reported stolen in Fredericksburg, Virginia, on April 12, 2024.

12. During the course investigation, **WOODBRIDGE** also admitted he had been previously convicted of a felony.

13. Based on the investigation conducted by the FCPD, **WOODBRIDGE** was arrested on scene. **WOODBRIDGE** was charged with Possession of Firearm by a Felon, Reckless Handling of a Firearm, Receipt of Stolen Firearm, and Possession with Intent to Distribute Marijuana in Fairfax County General District Court.

14. In my training and experience, I know that Glock firearms are not manufactured in the Commonwealth of Virginia.

## CONCLUSION

15. Based on the foregoing, I submit that there is probable cause to believe that on or about June 19, 2025, within the Eastern District of Virginia, **WOODBRIDGE**, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce a firearm, that is, a Glock 45 pistol bearing

4

serial number BWDP995, said firearm having been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Herlin Garcia-Cardenas
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 2nd day of September, 2025.

The Honorable Judge William B. Porter
United States Magistrate Judge